**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

  vs.

**RAUL ELIGIO URIAS VEGA**

    **Defendant.**

**4:26MJ3063**
**2:26CR13**

**Magistrate Judge DeLuca**

**RULE 5 ORDER**

  An Indictment and Warrant (charging document) having been filed in the District of Montana, charging the above-named defendant with (Count 1) 21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES and 21 U.S.C 853(a)(1)and(2)and 21 U.S.C. 881(a)(4)and(11) CRIMINAL FORFEITURE; (Count 2) 21 U.S.C.841(a)(1) and 18 U.S.C. 2 POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES and the defendant  having been arrested in  the District of Nebraska,  proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5  and was informed of the provisions of Fed.R.Cr.P.20.

  Additionally, defendant

☒ Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

☒ The government did move for detention.

☒ Was given a detention hearing in this district.

  Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

☒ Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.40 having been completed.

  **IT IS SO ORDERED.**

  DATED: April 28, 2026.

        s/ Jacqueline M. DeLuca
        U.S. Magistrate Judge